**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00665-CV

_____

**TERIA LYNN, Appellant**

**V.**

**CHARLA PATE, Appellee**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Court Cause No. B-186,884**

## ORDER

The reporter's record in this case was due **August 19, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cecilia Gower**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM